UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,                                    1:07-cv-001041-OWW-WMW (HC)

               Petitioner,

                                **ORDER AUTHORIZING**
v.                                                **IN FORMA PAUPERIS STATUS**

JERRY BROWN,

               Respondent.
_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    July 25, 2007**                  **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com