UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | 1: 07 CV 01041 OWW  WMW HC |
|     Petitioner, | ORDER DENYING MOTION FOR PSYCHIATRIC EVALUATION |
|   v. | [Doc. 5] |
| JERRY BROWN, | |
|     Respondent. | |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  Petitioner has filed a motion seeking an order from this court requiring the State of California to provide her with a psychiatric evaluation before her hearing with the Parole Board.  Petitioner also seeks an order from this court requiring the prison to return $140 to her, in connection with the purchase of a wheelchair.

    The writ of habeas corpus is limited to attacks upon the legality or duration of confinement." Crawford v. Bell, 599 F.2d 890, 891 (9th Cir. 1979) *citing*, Preiser v. Rodriguez, 411 U.S. 475, 484-86 (1973); Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases.

1 Petitioner's requests do not relate to the legality or duration of confinement and therefore request
2 relief that is not available through a petition for writ of habeas corpus.   Accordingly, Petitioner's
3 motion is HEREBY DENIED.
4 IT IS SO ORDERED.
5 Dated:   February 11, 2008                     /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE